RICHARD SEGERBLOM, ESQ.
Nevada Bar No. 1010
701 East Bridger, Ste. 520
Las Vegas, Nevada 89101
Tel: (702) 388-9600
Fax: (702) 385-2909

Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| EIDA FUJII, | )<br>) |
| Plaintiff, | )<br>) |
| vs. | )   2:16-cv-1699-APG-CWH<br>) |
| CITY OF LAS VEGAS, | )<br>) |
| Defendant. | )<br>)<br>) |

**STIPULATION AND ORDER FOR EXTENSION OF TIME
(FIRST REQUEST**

Pursuant to Local Rules 6-1, 6-2 and 7-1, Plaintiff Eida Fuii and Defendant City of Las Vegas, hereby stipulate and respectfully7 request that the Court extend the deadline by one (1) week from November 7 to November 14 for Plaintiff to respond to Defendant's Motion to Dismiss.

This first extension request is not being sought to unduly delay the proceeding; rather, good cause exists for this extension as Plaintiff's attorney is a State Senator who is running for re-election on November 8, 2016, and he has been preoccupied by his election. An additional 1 (1) week for Plaintiff to file her opposition will not alter the date of any event or any deadline fixed by Court order.

DATED this 7th day of November, 2016.   DATED this 7th day of November, 2016.

LAW OFFICE OF RICHARD SEGERBLM   BRADFORD R. JERBIC

By: /s/ Richard Segerblom   By: /s/ Jack Eslinger
Richard Segerblom              Jack O. Eslinger
Nevada Bar No. 1010            Deputy City Attorney
701 East Bridger, Ste. 520     Nevada Bar No. 8443
Las Vegas, NV 89101            495 South Main, Sixth Floor
Attorney for Plaintiff         Las Vegas, NV 89101
                               Attorneys for City of Las Vegas

IT IS SO ORDERED

_____
UNITED STATES DISTRICT COURT

November 8, 2016
DATE