1  BRADFORD R. JERBIC
   City Attorney
2  Nevada Bar No. 1056
   By:  JACK O. ESLINGER
3  Deputy City Attorney
   Nevada Bar No. 8443
4  495 South Main Street, Sixth Floor
   Las Vegas, NV 89101
5  (702) 229-6629
   (702) 386-1749 (fax)
6  Email: jeslinger@lasvegasnevada.gov
   Attorneys for CITY OF LAS VEGAS

7

8              UNITED STATES DISTRICT COURT

9                 DISTRICT OF NEVADA

10  EIDA FUJII,

11              Plaintiff,              CASE NO. 2:16-cv-1699-APG-CWH

12     vs.                             **STIPULATION AND
                                        ORDER FOR DISMISSAL WITH
13  CITY OF LAS VEGAS,                  PREJUDICE**

14              Defendant.

15

16       Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Eida Fujii, by

17  and through her attorney Richard Segerblom, Esq., and Defendant City of Las Vegas, by and

18  through its attorneys, Bradford R. Jerbic, City Attorney, by Jack O. Eslinger, Deputy City

19  Attorney, and representing that no trial date has been scheduled, and hereby stipulate to dismissal

20  with prejudice.

21       On November 17, 2016, the parties appeared for an Early Neutral Evaluation hearing, at

22  which time the parties agreed to settle the matter.  Subsequent to the hearing, Plaintiff requested

23  changes to the settlement agreement, requiring intervention by this Court.

24       On January 11, 2017 the parties appeared before Magistrate Judge Cam Ferenbach for a

25  status hearing regarding the settlement agreement which the parties were able to agree on and

26  approve.

27  / / /

28

1    　　　　IT IS HEREBY STIPULATED AND AGREED that this matter is hereby dismissed with

2    prejudice.

3

4    DATED:  January 19, 2017　　　　　　　　DATED:  January 19, 2017

5    /s/ Jack Eslinger　　　　　　　　　　　　/s/ Richard Segerblom

6    _____　　_____
     JACK O. ESLINGER　　　　　　　　　　　RICHARD SEGERBLOM, ESQ.
     Deputy City Attorney　　　　　　　　　　Nevada Bar No. 1010

7    CITY OF LAS VEGAS　　　　　　　　　　701 East Bridger, Suite 520
     Nevada Bar No. 8443　　　　　　　　　　Las Vegas, NV 89101

8    495 South Main Street, Sixth Floor　　　　Attorneys for Plaintiff
     Las Vegas, NV 89101

9    Attorneys for Defendant

10

11    　　　　　　　　　　　　　　　　　　**ORDER**

12

13    _____

14    UNITED STATES DISTRICT JUDGE
     Dated: March 9, 2017.

15

16

17

18

19

20

21

22

23

24

25

26

27

28